# United States Court of Appeals
# for the Federal Circuit

---

**MICHAEL B. GRAVES,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2013-3077

---

Appeal from the Merit Systems Protection Board in No. SF3330100788-X-1.

---

**ON MOTION**

---

**O R D E R**

Michael B. Graves moves for correction of docketing information and the relief sought in his "Application for Enforcement."

We note that Mr. Graves has filed a petition for review of the Merit Systems Protection Board's December 27, 2012 final order. To the extent Mr. Graves is arguing the merits of his case in that part of his submission entitled "Application for Enforcement," these arguments belong in his briefs on the merits of his petition for review.

Mr. Graves also argues that the "date of docketing" for this case is February 20, 2013, the day the court received the petition for review, not February 26, 2013. As Mr. Graves's motion notes, however, the Practice Notes to Federal Circuit Rule 15 indicate:

> A petition for review . . . is filed when the petition for review . . . is received in the court . . . . A petition for review . . . is docketed when it is assigned a docket number, a docket card for the petition for review . . . is made available to the public, and the names of the parties to the petition for review . . . are recorded in the party index that is available to the public.

Accordingly, there is no reason to change the date of docketing for Mr. Graves's petition for review.

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25